Ask A Question | Register | Login | Contact Us

 **Legal**

**Ask a lawyer and get answers to your legal questions**

Ask an Expert › Ask a Lawyer

## Ask a Lawyer

Lawyers are ready to answer your Legal questions on JustAnswer. Each Lawyer on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Lawyer's profile, track record, recent Legal answers, feedback received, and more. You can even direct your question to a specific Lawyer.

Or, if you'd prefer, you can even ask a Legal question to all of the verified Lawyers on our site by typing your question into the question box on this page.

### Top Lawyers Waiting to Answer Your Legal Questions

 **Legal Eagle**
Lawyer
Licensed to practice before state and federal court

Accepted Answers: 85999
Positive Feedback: 99.4%

 **LawEducator**
Attorney
JA Mentor -Attorney Labor/employment, corporate, sports law, admiralty/maritime and civil rights law

Accepted Answers: 52741
Positive Feedback: 97.5%

 **Infolawyer**
Attorney
Licensed attorney helping individuals and businesses

Accepted Answers: 35491
Positive Feedback: 97.3%

 **Ely**
Counselor at Law
Private practice with focus on family, criminal, PI, consumer protection, and business consultation.

Accepted Answers: 24699
Positive Feedback: 98.1%

 **Ray**
Lawyer
30 years in civil, probate, real estate, elder law

Accepted Answers: 23444
Positive Feedback: 97.6%

 **Isaac, Esq.**
Attorney
Multiple jurisdictions, specialize in business/contract disputes, estate creation and administration.

Accepted Answers: 21522
Positive Feedback: 96.7%

 **Richard**
Attorney
Attorney with 29 years of experience.

Accepted Answers: 20543
Positive Feedback: 98.8%

 **LegalKnowledge**
Attorney
14+ years handling Legal, Real Estate, Criminal Law, Family Law, Traffic matters.

Accepted Answers: 18519
Positive Feedback: 98.3%

 **LivvyEsq**
Attorney

Accepted Answers: 16033
Positive Feedback: 98.6%

 **Loren**
Attorney
30 years experience representing clients.

Accepted Answers: 15909
Positive Feedback: 97.5%

 **Barrister**
Attorney
21 yrs practice, Civil, Criminal, Domestic, Realtor, Landlord 29 yrs

Accepted Answers: 15496
Positive Feedback: 97.8%

**DanLegal**
Lawyer
Law Partner

Accepted Answers: 13235
Positive Feedback: 96.9%

### Ask A Lawyer

Type Your Legal Question Here...

**Get an Answer**

 

Learn More

 Ask an Expert

Get a Professional Answer

 Ask Followup Questions

100% Satisfaction Guarantee

Learn More

Tweet    Share


**Exhibit**
G

**legalgems**
Lawyer
Just Answer consultant at Self employed

Accepted Answers: 11966
Positive Feedback: 95.3%

**Lori**
Attorney
Attorney with over 25 years experience

Accepted Answers: 11704
Positive Feedback: 98.7%

**Attorney Wendy**
Lawyer
Member at Keefer & Keefer LLC

Accepted Answers: 11524
Positive Feedback: 99.2%

**P. Simmons**
Attorney
16 yrs. of trial experience

Accepted Answers: 10781
Positive Feedback: 97.7%

**Sam**
Attorney at Law
More than 20 years of experience practicing law.

Accepted Answers: 10701
Positive Feedback: 94.9%

**Attorney Matt**
Lawyer
Attorney at Law

Accepted Answers: 10361
Positive Feedback: 99.1%

**Attorney Bruce**
Lawyer
Attorney At Law at SELF

Accepted Answers: 10036
Positive Feedback: 96.2%

**LawTalk**
Attorney
I am a practicing attorney with more than 3 decades of experience in the legal field.

Accepted Answers: 9666
Positive Feedback: 97.9%

**Zoey, JD**
Attorney
Active member of the NYS bar since 1989

Accepted Answers: 9067
Positive Feedback: 97.4%

**Lucy, Esq.**
Attorney
Lawyer

Accepted Answers: 8359
Positive Feedback: 97.2%

**Ellen**
Lawyer
Providing information, not representation

Accepted Answers: 8261
Positive Feedback: 97.8%

**Attorney & Mediator**
Lawyer
Attorney & Certified Mediator

Accepted Answers: 8087
Positive Feedback: 99.4%

**Phillips Esq.**
Attorney-at-Law
B.A.; M.B.A.; J.D.

Accepted Answers: 7732
Positive Feedback: 95.5%

**Brian M.**
Counselor at Law
Attorney experienced in numerous areas of law.

Accepted Answers: 7500
Positive Feedback: 98.0%

**Roger**
Attorney
BV Rated by Martindale-Hubbell; SuperLawyer rating by Thompson-Reuters

Accepted Answers: 7355
Positive Feedback: 97.6%

**Bill Attorney**
Lawyer
Attorney

Accepted Answers: 7186
Positive Feedback: 98.0%

**ScottyMacEsq**
Attorney
Licensed Texas General Practice Attorney

Accepted Answers: 7133
Positive Feedback: 98.9%

**JKEsq**

Accepted Answers: 6696

Managing law firm partner                                    Positive Feedback: 96.0%

| **Sean K** | Accepted Answers: 6608 |
| Lawyer | Positive Feedback: 99.4% |

Attorney/Member in Private Law Firm

| **Robert3DFL** | Accepted Answers: 6526 |
| Attorney | Positive Feedback: 98.0% |

Experienced in multiple areas of the law.

| **Alex J. Esq.** | Accepted Answers: 5798 |
| Attorney at Law | Positive Feedback: 93.2% |

Experienced Licensed Attorney

| **TJ, Esq.** | Accepted Answers: 5172 |
| Attorney | Positive Feedback: 96.8% |

JD, MBA

| **Gerald, Esq** | Accepted Answers: 4949 |
| Lawyer | Positive Feedback: 99.3% |

Over 30 years of experience

| **KLAW** | Accepted Answers: 4685 |
| Lawyer | Positive Feedback: 97.8% |

I have over 20 years of experience in commercial real estate law, finance, consumer credit, landlord tenant, and business law.

| **LawHelpNow** | Accepted Answers: 4200 |
| Attorney/Lawyer | Positive Feedback: 97.3% |

Relax. Let's work together. Practical solutions.

| **Michael Bradley** | Accepted Answers: 3851 |
| Lawyer | Positive Feedback: 97.3% |

retired after 25 years

| **LADYLAWYER** | Accepted Answers: 3825 |
| Lawyer | Positive Feedback: 98.7% |

Civil; Family; HOA; Landlord/Tenant; Real Estate; Probate; Insurance; Immigration; Wills & Trusts

| **Elizabeth** | Accepted Answers: 3671 |
| Lawyer | Positive Feedback: 97.5% |

Expert

| **Attorney2** | Accepted Answers: 3563 |
| Attorney | Positive Feedback: 97.7% |

35 Years In General Practice,

| **Alexia Esq.** | Accepted Answers: 3467 |
| Managing Attorney | Positive Feedback: 98.9% |

19 Years of Legal Practice Experience in this precise field.

| **StephenH129** | Accepted Answers: 3235 |
| | Positive Feedback: 92.5% |

Expert

| **Jessica B** | Accepted Answers: 3232 |
| | Positive Feedback: 97.5% |

Attorney at Donald B. Linsky & Associates, PA

| **Ben S.** | Accepted Answers: 3097 |
| Attorney; Doctoral Degree | Positive Feedback: 97.0% |

President at The Soffer Law Firm PC

| **Nisha Jones** | Accepted Answers: 2921 |
| Lawyer | Positive Feedback: 98.3% |

Managing Attorney at Nisha Jones Law, LLC



**Irwin Law**
**Attorney**
Lawyer & Real Estate Broker, 30+ years, foreclosure, land contracts, inheritance, probate.

Accepted Answers: 2895
Positive Feedback: 92.7%

**WALLSTREETFIGHTER**
**Attorney**
14 years experience in representing clients, current member of legalshield, legal club of america, NYSUT and UFT attorney

Accepted Answers: 2862
Positive Feedback: 97.5%

**David**
**Lawyer**
Expert

Accepted Answers: 2843
Positive Feedback: 91.1%

**Jean C**
**Lawyer**
Attorney at self

Accepted Answers: 2790
Positive Feedback: 95.5%

Previous



Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

 **Medical**

**Have medical questions? Ask a doctor online!**

Ask an Expert › Medical Questions

Ask A Question | Register | Login | Contact Us

## Ask a Doctor

Doctors are ready to answer your Medical questions on JustAnswer. Each Doctor on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Doctor's profile, track record, recent Medical answers, feedback received, and more. You can even direct your question to a specific Doctor.

Or, if you'd prefer, you can even ask a Medical question to all of the verified Doctors on our site by typing your question into the question box on this page.

### Ask A Doctor



Type Your Medical Question Here...

**Get an Answer**

 NBC.com    The New York Times

 The Washington Post    CNN.com

Learn More

🔵 **Ask an Expert**

🔵 **Get a Professional Answer**

🔵 **Ask Followup Questions**

🟡 **100% Satisfaction Guarantee**

Learn More

Tweet    Share

### Top Doctors Waiting to Answer Your Medical Questions


**DrRussMD**
Board Certified Physician
Internal Medicine--practice all of internal medicine, all ages, family, health, prevention, complementary medicine, etc.
Accepted Answers: 51788
Positive Feedback: 95.8%


**the-good-doctor**
Medical Doctor
Medical Doctor Trained at a Top Academic Institution
Accepted Answers: 36899
Positive Feedback: 97.1%


**Dr Chip (M.D.)**
Doctor
20 yrs. in practice, including surgery, general medicine, and pain.
Accepted Answers: 34463
Positive Feedback: 97.7%

**Dr Basu**
Board Certified Physician
MD
Accepted Answers: 31181
Positive Feedback: 95.6%


**Dr. David**
Board Certified Physician
Experienced Physician trained in New York City. I'm ready to help.
Accepted Answers: 30094
Positive Feedback: 95.7%

**Dr. Arun Phophalia**
Doctor
MBBS MS. Post doctoral fellowship in Sports Medicine. General surgeon and sports medicine specialist
Accepted Answers: 26443
Positive Feedback: 97.5%


**Dr. D. Love**
Doctor
Family Physician for 10 years; Hospital Medical Director for 10 years.
Accepted Answers: 23228
Positive Feedback: 98.1%


**Dr.DAGO**
Board Certified Physician
Over 15 years of clinical experience at top Medical Centers. Internal Medicine. Pulmonary/Critical Care
Accepted Answers: 19085
Positive Feedback: 96.0%

**Dr. Hasan**
Doctor
MBBS, FCPS, with experience in all fields of medicine and surgery
Accepted Answers: 18138
Positive Feedback: 99.4%

**Dr. David G**
Board Certified MD
Expert
Accepted Answers: 16871
Positive Feedback: 98.5%

**Dr. Muneeb Ali**
Doctor
MBBS, MD, MCCM. Currently working in Critical Care Medicine with 10 year experience in Medicine
Accepted Answers: 16802
Positive Feedback: 99.5%

**Sumanth Amperayani**
Board Certified MD
Consultant Pediatrician at Kanchi Kamakoti CHILDS Trust Hospital
Accepted Answers: 16043
Positive Feedback: 97.7%

| | | |
|---|---|---|
| **Dr Su S** | Accepted Answers: 15568 | |
| Doctor(MD) | Positive Feedback: 97.7% | |
| 25 years of clinical experience | | |

| | | |
|---|---|---|
| **Dr Uzair** | Accepted Answers: 15266 | |
| Doctor | Positive Feedback: 97.8% | |
| MBBS, FCPS (R) General Surgery. Years of experience in Emergency Medicine. | | |

| | | |
|---|---|---|
| **Dr.Saleem** | Accepted Answers: 14601 | |
| Doctor | Positive Feedback: 98.7% | |
| MBBS | | |

| | | |
|---|---|---|
| **Dr Stan** | Accepted Answers: 13908 | |
| Doctor | Positive Feedback: 98.7% | |
| Physician at Stanley L Simpson, DO | | |

| | | |
|---|---|---|
| **Dr.Sawhney** | Accepted Answers: 12278 | |
| Senior Consultant | Positive Feedback: 98.0% | |
| MBBS,MS | | |

| | | |
|---|---|---|
| **Dr.Adeel** | Accepted Answers: 11952 | |
| Doctor | Positive Feedback: 97.3% | |
| Expert | | |

| | | |
|---|---|---|
| **Dr. Mark** | Accepted Answers: 11898 | |
| Physician / Surgeon | Positive Feedback: 97.9% | |
| U.S. Surgeon / Neurological Surgery | | |

| | | |
|---|---|---|
| **Dr. P. Jyoti** | Accepted Answers: 11789 | |
| Consultant MD | Positive Feedback: 95.7% | |
| 17 yrs experience in treating OPD & Emergency patients. | | |

| | | |
|---|---|---|
| **Dr. Ravoof** | Accepted Answers: 11491 | |
| Doctor | Positive Feedback: 98.7% | |
| Experienced Physician in the field of Medicine and Surgery. | | |

| | | |
|---|---|---|
| **DocTW** | Accepted Answers: 11018 | |
| Doctor | Positive Feedback: 97.8% | |
| Expert | | |

| | | |
|---|---|---|
| **Dr. Shah** | Accepted Answers: 10656 | |
| Doctor | Positive Feedback: 95.6% | |
| Years of experience in patients management. | | |

| | | |
|---|---|---|
| **Edgar Rubio Villegas** | Accepted Answers: 10600 | |
| Doctor | Positive Feedback: 99.0% | |
| Doctor with 9 years of experience in family medicine, pediatrics, sexually transmitted diseases, dermatology, gynecology, general surgery and traumatology | | |

| | | |
|---|---|---|
| **Dr Subbanna MD** | Accepted Answers: 10139 | |
| Neurologist (MD) | Positive Feedback: 99.3% | |
| American Board Certified Neurologist, Internal Medicine | | |

| | | |
|---|---|---|
| **Dr. Mo** | Accepted Answers: 9811 | |
| Medical Doctor (MD) | Positive Feedback: 98.8% | |
| Physician | | |

| | | |
|---|---|---|
| **Dr Josh** | Accepted Answers: 8753 | |
| Doctor | Positive Feedback: 98.8% | |
| Medicine doctor | | |

| | | |
|---|---|---|
| **Dr. Amir** | Accepted Answers: 8556 | |
| Doctor | Positive Feedback: 98.9% | |
| Master of Internal medicine & Gastroenterology with six years of experience (London). MBBS | | |

| | | |
|---|---|---|
| **Dr. B.** | Accepted Answers: 7797 | |
| Doctor | Positive Feedback: 99.2% | |
| Physician with 8 years of experience. | | |

| | | |
|---|---|---|
| **Dr. Abid** | Accepted Answers: 7794 | |
| Board Certified Physician | Positive Feedback: 92.9% | |

MBBS, FCPS

| **M Javid, MD** | Accepted Answers: 7677 |
|---|---|
| **Board Certified Physician** | **Positive Feedback: 98.8%** |

American Board of Internal Medicine Certification in Internal Medicine and Infectious Diseases

| **Dr. Mark** | Accepted Answers: 7093 |
|---|---|
| **Board Certified Physician** | **Positive Feedback: 96.4%** |

board certified internal medicine

| **Dr. SH** | Accepted Answers: 6878 |
|---|---|
| **Board Certified Physician** | **Positive Feedback: 96.9%** |

Doctor of Medicine

| **Dr.Anil** | Accepted Answers: 6497 |
|---|---|
| **Doctor** | **Positive Feedback: 97.3%** |

M.B.B.S.M.D with over 30 years of experience in this medical field.

| **Dr .Saha** | Accepted Answers: 6147 |
|---|---|
| **Doctor(MD)** | **Positive Feedback: 98.4%** |

35 years experience as doctor

| **Ken** | Accepted Answers: 5986 |
|---|---|
| **Postgraduate doctor** | **Positive Feedback: 98.1%** |

Working as a Doctor who Cares since 2001.

| **DR.EHTISHAM** | Accepted Answers: 5074 |
|---|---|
| **Doctor** | **Positive Feedback: 97.5%** |

MBBS, FCPS

| **Natalya** | Accepted Answers: 4793 |
|---|---|
| **Board Certified MD** | **Positive Feedback: 93.6%** |

Expert

| **Dr. Sohaib** | Accepted Answers: 4761 |
|---|---|
| **Doctor** | **Positive Feedback: 98.3%** |

MBBS, FCPS Experienced in all Medical Specialities

| **DrWalker** | Accepted Answers: 4507 |
|---|---|
| **Board Certified Physician** | **Positive Feedback: 98.3%** |

Expert

| **Dr.sOrders** | Accepted Answers: 4502 |
|---|---|
| **Doctor** | **Positive Feedback: 94.7%** |

Has been serving the Beverly Hills community for over 20 years.

| **Vakul Aren** | Accepted Answers: 4478 |
|---|---|
| **Doctor** | **Positive Feedback: 95.3%** |

MBBS,DTM&H,41 years of experience

| **Dr.Andrew** | Accepted Answers: 4422 |
|---|---|
| **Board Certified Physician** | **Positive Feedback: 99.3%** |

I am a board certified physician with vast experience of medical emergencies,making diagnosis & treating patients.

| **Onlinedoc** | Accepted Answers: 4340 |
|---|---|
| **Doctor** | **Positive Feedback: 97.7%** |

General physician with experience in General & Family Medicine,Ayurveda, Integrative, CAM

| **Dr.RRK** | Accepted Answers: 4337 |
|---|---|
| **Doctor** | **Positive Feedback: 88.8%** |

Consultant Neurosurgeon

| **David M.D.** | Accepted Answers: 3763 |
|---|---|
| **Doctor** | **Positive Feedback: 89.8%** |

Expert



**Dr Ahmed**
**Doctor**
MBBS, FCPS

Accepted Answers: 3738
Positive Feedback: 97.6%

**Dr- KHAN**
**Board Certified MD**
M.B.B.S, FCPS, MRCS (UK)

Accepted Answers: 3655
Positive Feedback: 98.6%

**Dr.DinSG**
**MD, Medical Specialist III - Dept. of Health**
General/Public Health Physician in a tertiary Teaching & Training Medical Center, MD, MDA, MS, MPH - (SEAMEO scholar); CSEE/CESE - Career Executive Service

Accepted Answers: 3654
Positive Feedback: 93.9%

**Dr. K.**
**MD**
Board certified.

Accepted Answers: 3617
Positive Feedback: 91.8%

Previous

   

Contact Us  |  Terms of Service  |  Privacy & Security  |  About Us  |  Sitemap
© 2003-2023 JustAnswer LLC

 **Veterinary**

**Ask a Vet and Get Your Veterinary Questions Answered.**

Ask an Expert  ›  Ask a Vet

## Ask a Veterinarian

Veterinarians are ready to answer your Veterinary questions on JustAnswer. Each Veterinarian on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Veterinarian's profile, track record, recent Veterinary answers, feedback received, and more. You can even direct your question to a specific Veterinarian.

Or, if you'd prefer, you can even ask a Veterinary question to all of the verified Veterinarians on our site by typing your question into the question box on this page.

### Top Veterinarians Waiting to Answer Your Veterinary Questions

 **Dr. Loretta**
Veterinarian
30 plus years of experience in large and small animal medicine.
Accepted Answers: 4311
Positive Feedback: 99.0%

 **BeverlyC1016**

Expert
Accepted Answers: 3892
Positive Feedback: 99.5%

 **Dr. Peter**
Veterinarian
20 years of small animal internal medicine, surgery and preventive medicine.
Accepted Answers: 3207
Positive Feedback: 98.9%

 **Dr. Andy**
Medical Director
Veterinarian, UC Davis graduate, emphasis in Dermatology, Internal Medicine, and Pain Control
Accepted Answers: 2709
Positive Feedback: 99.2%

 **Dr. Bruce**
Veterinarian
15 years of small animal veterinary medicine
Accepted Answers: 1940
Positive Feedback: 98.7%

 **DrNickiDVM**
Veterinarian
Expert
Accepted Answers: 1784
Positive Feedback: 98.9%

 **Dr. B.**
Board Certified Veterinarian
General practice veterinary surgeon with extensive experience in a wide range of species.
Accepted Answers: 1636
Positive Feedback: 98.3%

 **Dr. Gary**
Veterinarian
DVM, Emergency Veterinarian, BS (Physiology)
Accepted Answers: 1566
Positive Feedback: 98.1%

**Dr. Michael Salkin**
Veterinarian
University of California at Davis graduate veterinarian with 48 years of experience
Accepted Answers: 1550
Positive Feedback: 98.2%

**Dr. Kara**
Board Certified Veterinarian
Over 20 years of experience as a veterinarian.
Accepted Answers: 1435
Positive Feedback: 99.3%

**Dr. Bob**
Veterinarian
35 years in practice
Accepted Answers: 1323
Positive Feedback: 99.4%

**Dr. Jenn**
Veterinarian
Practicing small animal medicine since 2004 , also involved in working with animal rescue groups.
Accepted Answers: 1225
Positive Feedback: 96.5%

### Ask A Veterinarian

Type Your Veterinary Question Here...

**Get an Answer**




 Learn More

Ask an Expert

Get a Professional Answer

Ask Followup Questions

100% Satisfaction Guarantee

Learn More

Tweet    Share

**Dr. Dan**
Veterinarian
13 years with dogs, cats, exotic, wildlife and zoo animals, PLEASE rate my service when satisfied.

Accepted Answers: 1225
Positive Feedback: 99.5%

**Dr Scott Nimmo**
Small Animal Veterinarian.
BVMS, MRCVS. { Glasgow UK }

Accepted Answers: 1052
Positive Feedback: 98.0%

**Dr4cts**
Board Certified Veterinarian
I specialize in cats. I have 40 years of veterinary experience, 30 years just doing cats.

Accepted Answers: 1009
Positive Feedback: 99.7%

**Rebecca**
Veterinarian
I have more than 30 years of veterinary practice experience.

Accepted Answers: 987
Positive Feedback: 97.7%

**Dr. Scott**
Veterinarian
20 years of small animal, equine and pocket pet experience in medicine and surgery.

Accepted Answers: 903
Positive Feedback: 99.1%

**paul brazzell**
Veterinarian
Veterinarian for 34 years. Founded two veterinary hospitals. Co-founded Veterinary Diagnostic lab. Operated multiple mobile ultrasound services. Teach abdominal and cardiac ultrasound.

Accepted Answers: 826
Positive Feedback: 98.6%

**Dr. Susan**
Veterinarian
11 years of clinical experience with specialty in veterinary pain management, surgery, urology, and geriatrics

Accepted Answers: 804
Positive Feedback: 98.4%

**Dr Adrien**
Veterinarian

Accepted Answers: 791
Positive Feedback: 98.4%

**Dr. Steven Osborne**
Veterinarian
20 years of Veterinary Medicine expertise with experience in canine and feline medicine and surgery

Accepted Answers: 789
Positive Feedback: 98.8%

**Dr. Jeff**
Veterinarian
12+ years small animal general practice

Accepted Answers: 778
Positive Feedback: 100.0%

**Dr. Gabby**
Veterinarian
20 years working as a full time veterinarian

Accepted Answers: 761
Positive Feedback: 99.5%

**DocWilds**
Veterinarian
Expert

Accepted Answers: 718
Positive Feedback: 99.9%

**Dr. Matt**
Veterinarian
13 years of experience including dogs, cats, and pocket pets

Accepted Answers: 682
Positive Feedback: 99.3%

**Dr Porter**
Board Certified Veterinarian
Expert

Accepted Answers: 670
Positive Feedback: 99.5%

**Dr Ryan**
Veterinarian
Expert

Accepted Answers: 670
Positive Feedback: 98.9%

**Doctor Mike**
Veterinarian

Accepted Answers: 663
Positive Feedback: 99.5%

**Dr. Lee**
Veterinarian
8 years of experience in veterinary medicine and surgery

Accepted Answers: 660
Positive Feedback: 98.9%



**Dr. Joey**
**Board Certified**
20yrs in practice, specialist canine/feline medicine

Accepted Answers: 621
Positive Feedback: 96.8%



**Doc Karla**
**Veterinarian**
Expert

Accepted Answers: 553
Positive Feedback: 100.0%

**Dr. Noel Berger**
**Board Certified Veterinarian**
Expert

Accepted Answers: 537
Positive Feedback: 95.3%

**Pet Doc**
**Veterinarian**
Veterinarian - BVScI

Accepted Answers: 527
Positive Feedback: 99.3%

**DrChristineM**
**Veterinarian**
6 years in small animal medicine

Accepted Answers: 519
Positive Feedback: 100.0%



**CathrynW**
**Board Certified Veterinarian**
Expert

Accepted Answers: 505
Positive Feedback: 99.8%



**KellyB393**

Expert

Accepted Answers: 477
Positive Feedback: 99.8%



**Dr. Taus**
**Veterinarian**
Veterinarian with experience in equine and small animal medicine.

Accepted Answers: 468
Positive Feedback: 99.3%



**DrMegan**
**Veterinarian**
Expert

Accepted Answers: 431
Positive Feedback: 100.0%



**Dr Liz Brown**
**Veterinarian**
Expert

Accepted Answers: 429
Positive Feedback: 100.0%



**Rhett Burch**

Associate Veterinarian at North Airline Animal Hospital

Accepted Answers: 424
Positive Feedback: 98.3%



**Vet help**
**Veterinarian**
12 yrs experience as small animal veterinarian; 21 yrs exp. in animal care field

Accepted Answers: 400
Positive Feedback: 99.3%



**ER Vet**
**Veterinarian**
I have been a veterinarian in general and emergency practice for 21 years caring for all types of family pets.

Accepted Answers: 398
Positive Feedback: 99.4%



**vetmom4**
**Veterinarian**
30 years experience of dog and cat medicine, owner of practice for 28 years, Past President of SCAV

Accepted Answers: 393
Positive Feedback: 99.2%



**Dr. Dave**
**Veterinarian**
23 years small animal general and emergency practice

Accepted Answers: 392
Positive Feedback: 98.0%



**petdrz**
**Veterinarian**
Over 30 years of experience in caring for dogs and cats.

Accepted Answers: 389
Positive Feedback: 96.9%

**Dr. Scarlett**
**Veterinarian**
I am a practicing small animal veterinarian with 18 years experience.

Accepted Answers: 373
Positive Feedback: 99.4%



**Dr Linda**
Veterinarian

I am a practicing veterinarian with over 20 years experience in a mixed animal practice.

Accepted Answers: 367
Positive Feedback: 98.8%

---

**Dr. Jo**
Veterinarian

DVM from Iowa State University in 1994; actively engaged in private regular and emergency practice since that time.

Accepted Answers: 366
Positive Feedback: 98.1%

---

**Dr. MD Stafford**
Veterinarian

20 years in private practice, Fish Health Certified and attending veterinarian Missouri State University.

Accepted Answers: 342
Positive Feedback: 95.3%

---

**RussellJ217**

Expert

Accepted Answers: 336
Positive Feedback: 98.8%

---

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

Ask a mechanic online and get answers to your Car questions

 **Car**

**Ask a mechanic online and get answers to your car questions**

Ask an Expert    ›    Car Questions

### Ask an Auto Mechanic

Auto Mechanics are ready to answer your Car questions on JustAnswer. Each Auto Mechanic on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Auto Mechanic's profile, track record, recent Car answers, feedback received, and more. You can even direct your question to a specific Auto Mechanic.

Or, if you'd prefer, you can even ask a Car question to all of the verified Auto Mechanics on our site by typing your question into the question box on this page.

**Ask an Auto Mechanic**

Type Your Car Question Here...

**Get an Answer**

### Top Auto Mechanics Waiting to Answer Your Car Questions

 **Eric**
Automotive Repair Shop Manager
Automotive Repair Shop Manager, Technician/JA Mentor
Accepted Answers: 7555
Positive Feedback: 98.7%

 **Mike V.**
Auto Service Technician
25 years of experience, Certified Subaru Technician and Nissan factory trained.
Accepted Answers: 5519
Positive Feedback: 99.2%

 **David Craig**
Auto Mechanic
Owner/Mechanic at 3D Automotive
Accepted Answers: 5270
Positive Feedback: 99.8%

**Pete**
Technician
17 years automotive training and experience.
Accepted Answers: 5107
Positive Feedback: 98.0%

**Kevin**
Auto Mechanic
Diagnostic technician
Accepted Answers: 3320
Positive Feedback: 98.8%

**Amedee**
Former ASE Master Tech
ASE certified tech advanced level specialist. Wisconsin certified emissions state inspector
Accepted Answers: 3105
Positive Feedback: 96.0%

**OnlineHelp**
Mechanic
Mechanic
Accepted Answers: 2828
Positive Feedback: 98.9%

**Tom**
ASE Certified Technician
ASE Certified Master Technician
Accepted Answers: 2730
Positive Feedback: 98.4%

**Chris (aka-Moose)**
Technician
24 years of experience diagnosing & repairing
Accepted Answers: 2711
Positive Feedback: 97.0%

**Matt**
Engineer
Honors degree in Mechanical Engineering, worked 8 years as a Formula 1 engine engineer.
Accepted Answers: 2645
Positive Feedback: 97.4%

**Josh127**
ASE Certified Technician
Expert
Accepted Answers: 2427
Positive Feedback: 99.3%

**Virtual Wrench**
Master Mechanic
35 years/Master Tech. Foreign and Domestic
Accepted Answers: 2403
Positive Feedback: 98.4%

 NBC.com    The New York Times    The Washington Post    CNN.com
Learn More

❓ **Ask an Expert**
👤 **Get a Professional Answer**
❓ **Ask Followup Questions**
🪙 **100% Satisfaction Guarantee**
Learn More

Tweet    Share

| | |
|---|---|
| **Steve** | Accepted Answers: 2368 |
| **Automotive Expert** | Positive Feedback: 99.4% |
| Automotive Expert | |

| | |
|---|---|
| **Chris** | Accepted Answers: 2320 |
| **Auto Service Technician** | Positive Feedback: 99.3% |
| 43 years of automotive repair, Smog license | |

| | |
|---|---|
| **FixItMan** | Accepted Answers: 2295 |
| **Master Technician** | Positive Feedback: 98.7% |
| AA DEGREE AUTOMOTIVE/DIESEL TECH | |

| | |
|---|---|
| **Jerry** | Accepted Answers: 2181 |
| **Master Mechanic** | Positive Feedback: 97.6% |
| ASE master, 30+ years. All makes and models. Trouble shooter, shop forman, service manager | |

| | |
|---|---|
| **Tim's Auto Repair** | Accepted Answers: 2128 |
| **Mechanic** | Positive Feedback: 97.3% |
| Have owned a repair shop for 25 yrs. | |

| | |
|---|---|
| **Randall J** | Accepted Answers: 2013 |
| **Auto Mechanic** | Positive Feedback: 99.1% |
| Master Auto Technician | |

| | |
|---|---|
| **Greg** | Accepted Answers: 2013 |
| **Technician** | Positive Feedback: 98.9% |
| 17 years Shop Owner /Technician. 27 years experience, | |

| | |
|---|---|
| **Steve** | Accepted Answers: 1980 |
| **Auto Service Technician** | Positive Feedback: 99.3% |
| 25+ yrs experience as a professional working technician; ASE L1 master technician | |

| | |
|---|---|
| **Dan** | Accepted Answers: 1900 |
| **ASE Master Technician** | Positive Feedback: 99.6% |
| Dealer Auto Technician. ASE Master Certified, 15 years of experience | |

| | |
|---|---|
| **Ted G.** | Accepted Answers: 1861 |
| **ASE Certified Technician** | Positive Feedback: 99.9% |
| 20 years auto repair experience, ASE Master Tech, Mechanical Failure consultant, Expert Witness | |

| | |
|---|---|
| **Jake** | Accepted Answers: 1792 |
| **Auto Mechanic** | Positive Feedback: 99.3% |
| Auto & collision tech | |

| | |
|---|---|
| **CaseyA925** | Accepted Answers: 1788 |
| | Positive Feedback: 97.0% |
| Expert | |

| | |
|---|---|
| **rpmdiag** | Accepted Answers: 1748 |
| **Tech and Instructor** | Positive Feedback: 91.2% |
| Since 1975 | |

| | |
|---|---|
| **EricFromCT** | Accepted Answers: 1682 |
| **ASE Certified Technician** | Positive Feedback: 99.3% |
| ASE Master certified L1, L2, Diesel Certified 16 years experience | |

| | |
|---|---|
| **Andrew** | Accepted Answers: 1590 |
| **ASE Certified Technician** | Positive Feedback: 99.7% |
| Technician at Wile Hyundai | |

| | |
|---|---|
| **George H.** | Accepted Answers: 1571 |
| **ASE Certified Technician** | Positive Feedback: 98.7% |
| ASE Master Tech 15+ yrs, AAS Automotive Technology, Factory trained Asian specialist | |

| | |
|---|---|
| **K. Wiggins** | Accepted Answers: 1559 |
| **ASE Certified Technician** | Positive Feedback: 99.4% |
| ASE Certified Technician, Associates Degree in Automotive Technology, 20+ years in the trade | |

| | |
|---|---|
| **Ron** | Accepted Answers: 1513 |
| **ASE Certified Technician** | Positive Feedback: 98.9% |

ASE Certified Tech

| | |
|---|---|
| **Peter B.** | Accepted Answers: 1473 |
| **Auto Service Technician** | Positive Feedback: 99.6% |
| master tech | |

| | |
|---|---|
| **Dan** | Accepted Answers: 1457 |
| **Technician** | Positive Feedback: 97.2% |
| Independent Shop Experience, 2 Year Automotive Diploma, & Access to Information Database | |

| | |
|---|---|
| **Tim Mohr** | Accepted Answers: 1454 |
| **ASE MASTER TECH** | Positive Feedback: 99.1% |
| 30 YRS EXPERIANCE, AUTO AND TRUCK,FOREIGN AND DOMESTIC, GAS AND DIESEL | |

| | |
|---|---|
| **Ron Z.** | Accepted Answers: 1439 |
| **- Auto Tech -** | Positive Feedback: 98.7% |
| 18+yrs. experience diagnostics & repair of all makes/models. | |

| | |
|---|---|
| **Billy** | Accepted Answers: 1422 |
| **Trainer - Master Tech.** | Positive Feedback: 98.7% |
| Trainer 18+ years - master tech. 20+ years, SAE member | |

| | |
|---|---|
| **Gary** | Accepted Answers: 1331 |
| **Technician** | Positive Feedback: 98.6% |
| GM master tech for 15 years/ASE master tech for 20 years | |

| | |
|---|---|
| **Daryl** | Accepted Answers: 1296 |
| **Shop Owner, Certified Mechanic** | Positive Feedback: 98.2% |
| 37 years experience, Master Mechanic | |

| | |
|---|---|
| **Your Auto Inspector** | Accepted Answers: 1259 |
| **Assistant Service Manager** | Positive Feedback: 99.1% |
| Toyota | |

| | |
|---|---|
| **Mechanic01** | Accepted Answers: 1240 |
| **ASE Certified Technician** | Positive Feedback: 96.0% |
| Owner at Baltic investments | |

| | |
|---|---|
| **CarQuestionGuy** | Accepted Answers: 1148 |
| **Technician** | Positive Feedback: 98.8% |
| ASE Master Auto Technician for 5 years, ASE Refrigerant Handler, ASA, iATN | |



| | |
|---|---|
| **Richard** | Accepted Answers: 1103 |
| **ASE Certified Technician** | Positive Feedback: 98.2% |
| 12 years Ford Lincoln/Mercury Jaguar dealership as a technician and shop foreman reparing all makes | |



| | |
|---|---|
| **Neal** | Accepted Answers: 1059 |
| **Mechanic** | Positive Feedback: 98.3% |
| Auto repair pro and Mechanic on multiple makes. | |



| | |
|---|---|
| **Mazda Ed** | Accepted Answers: 1050 |
| **Auto Service Technician** | Positive Feedback: 100.0% |
| ASE Master Technician, Mazda Master Technician, GM and Ford factory trained. 15 years experience! | |



| | |
|---|---|
| **Roadside Jerry** | Accepted Answers: 1036 |
| **Auto Mechanic** | Positive Feedback: 100.0% |
| Auto Mehanic 39 years,30 with the NYPD Fleet Service Division | |



| | |
|---|---|
| **supertech** | Accepted Answers: 1009 |
| **mastertech** | Positive Feedback: 97.9% |
| ase master auto tech,triple chrys master tech,42 yr experinece,adv. level spec. ASE. HEV chrys spec. | |

| | |
|---|---|
| **Lou Palomino** | Accepted Answers: 1000 |
| **ASE Certified Technician** | Positive Feedback: 99.7% |
| 25 year auto technician, 20 for Mercedes | |



**autodoc_2000**
**Auto Service Technician**

ASE Master Tech w/ Advance Engine Performance

**Accepted Answers: 999**
**Positive Feedback: 98.4%**

---

**Chad Farhat**
**ASE Certified Technician A6 - Electrical / Electronic systems A7 Heating / Air conditioning systems**

Owner at Carolina Auto Service & Sales , 20 years Experience in Foreign & Domestic Vehicles

**Accepted Answers: 994**
**Positive Feedback: 98.2%**

---

**Gene**
**Auto Service Technician**

ASE Master 30 years experience, Ford Trans Tech/SMT, Toyota, Mitsubishi,Hyundai Tech.

**Accepted Answers: 976**
**Positive Feedback: 98.1%**

---

**DannyR924**

Expert

**Accepted Answers: 963**
**Positive Feedback: 98.1%**

---

Previous






Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC



## Consumer Electronics

**Electronics Repair Questions? Ask an Electronics Technician**

Ask an Expert  ›  Electronics Question

## Ask an Electronics Technician

Electronics Technicians are ready to answer your Consumer Electronics questions on JustAnswer. Each Electronics Technician on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Electronics Technician's profile, track record, recent Consumer Electronics answers, feedback received, and more. You can even direct your question to a specific Electronics Technician.

Or, if you'd prefer, you can even ask a Consumer Electronics question to all of the verified Electronics Technicians on our site by typing your question into the question box on this page.

### Top Electronics Technicians Waiting to Answer Your Consumer Electronics Questions


**Russell H.**
Electronics Service Tech
9 1/2 + years of professional experience
Accepted Answers: 10165
Positive Feedback: 92.6%


**Josh**
Technician
10+ years
Accepted Answers: 9143
Positive Feedback: 90.9%


**Aric**
Technician
15+ years in the field. Owner of AV Installation, OEM and Repair company
Accepted Answers: 6563
Positive Feedback: 96.5%


**Richard**
Customer Service
Over 20 years fixing Electronically devices
Accepted Answers: 5339
Positive Feedback: 90.8%


**Louie**
Technician
25+ yrs. experience in the field and 5+ yrs. online, down to component level.
Accepted Answers: 5030
Positive Feedback: 98.4%


**Nathan**
Engineer
Engineer
Accepted Answers: 4229
Positive Feedback: 92.8%


**Pete**
Electronic Engineer
Over 20 years of experience installing and repairing electronics.
Accepted Answers: 4083
Positive Feedback: 82.7%


**Steve G.**
Engineer
VP of electronic repair company. Audio nut since 1974. Home Theater advisor. Vinyl holdout!
Accepted Answers: 2478
Positive Feedback: 95.1%


**Electronics Man**
Technician
Expert
Accepted Answers: 1993
Positive Feedback: 87.3%


**Greg A.**
Engineer
Engineer / Consultant
Accepted Answers: 1894
Positive Feedback: 96.1%


**Rusty**
Customer Service
Over 20 years electronics experience. How may I help you today?
Accepted Answers: 1785
Positive Feedback: 93.0%


**Simit**
Engineer
Bachelor in Computer Engineering
Accepted Answers: 1515
Positive Feedback: 96.6%

### Ask an Electronics Technician

Type Your Consumer Electronics Question Here...

**Get an Answer**







Learn More


**Ask an Expert**


**Get a Professional Answer**

**Ask Followup Questions**

**100% Satisfaction Guarantee**

Learn More



Tweet        Share



**Viet - Tech**
**Electronics Tech**
Troubleshoot consumer electronics devices.

Accepted Answers: 1235
Positive Feedback: 92.0%



**Rafi**
**Customer Service**
IT Manager

Accepted Answers: 1200
Positive Feedback: 66.6%



**Neil**
**Engineer**
NZ Certificate in Engineering Electronics & Computing 25 years exp

Accepted Answers: 1011
Positive Feedback: 94.7%



**Ron Winston**

Owner at Winston Electronics

Accepted Answers: 870
Positive Feedback: 89.3%



**Jason Jones**
**Technician**
15+ years of work experience.

Accepted Answers: 854
Positive Feedback: 85.1%



**Shahid_Sony**
**Technician**
I have been repairing electronic gear since 1993 as a qualified Sony tech

Accepted Answers: 846
Positive Feedback: 92.4%



**Kraig**
**Engineer**
Broadcast Engineer for over 7 years.

Accepted Answers: 776
Positive Feedback: 90.4%



**John**
**Engineer and electronic enthusiast for more than 12 years.**
I am here to help you!

Accepted Answers: 762
Positive Feedback: 92.3%



**Anthony**
**Technician**
20+ years in trade TV and Electronics

Accepted Answers: 731
Positive Feedback: 94.1%



**MD Sadique**
**Engineer**
Engineer in Applied Electronics & Instrumentation with 10 yrs+ experience in troubleshooting Electronic Devices and Repair

Accepted Answers: 705
Positive Feedback: 94.3%



**GeekGal**
**Electronics Support Tech**
MIS degree and 15+ years experience supporting electronics of all kinds

Accepted Answers: 665
Positive Feedback: 99.2%



**Michael T**

xxxxxxxxxxxxxx at xxxxxxxxxx

Accepted Answers: 609
Positive Feedback: 90.9%



**SebastienT**
**Technician**
Expert

Accepted Answers: 524
Positive Feedback: 81.8%



**Wes**
**Consultant**
Samsung Partner

Accepted Answers: 479
Positive Feedback: 84.1%



**Dan**
**Master Tech and Repair Facility Trainer**
USAF trained; A.A.S Electronics; A.A.S. Education; Currently teaching advanced troubleshooting and repair for the DoD.

Accepted Answers: 472
Positive Feedback: 96.9%

**Rahul P.**
**Engineer**
10 years of experience in Electronics & Applications

Accepted Answers: 419
Positive Feedback: 92.9%



**Carl L**
**Master Technician**
20+ Years of Professional Computer / Electronic Repair Experience.

Accepted Answers: 410
Positive Feedback: 93.2%

**Kev CP Expert**

Accepted Answers: 406

Expert



**James W**
**Senior Manager, Retail Electronics**
24 Years experience in Electronics as Manager of Retail Electronics. 30 Years Experience Computers.

Accepted Answers: 380
Positive Feedback: 96.0%



**Richard**
**Technical Support Specialist**
Expert

Accepted Answers: 349
Positive Feedback: 79.7%



**Thomas**
**Technician**
Repair computer hardware, phones, tablets, televisions, game consoles

Accepted Answers: 304
Positive Feedback: 85.7%



**Martin Helbig**
Audio & Video Technician at Bjorn's Stereo Designs

Accepted Answers: 275
Positive Feedback: 95.2%



**OakdaleTech**
**Technician**
ACMT

Accepted Answers: 242
Positive Feedback: 73.5%



**magtech**
**Office & Home Electronics Expert**
20+ years consulting on Office & Residential Electronics and Automation

Accepted Answers: 226
Positive Feedback: 100.0%



**Anas**
**Technician**
System Engineer and Microsoft Certified Solutions Expert (MCSE)

Accepted Answers: 219
Positive Feedback: 79.9%



**BrandiC217**
**Technician**
Expert

Accepted Answers: 177
Positive Feedback: 91.0%



**Josh C**
**Technician**
18 years as an electronics technician

Accepted Answers: 172
Positive Feedback: 98.5%



**Chris Lindsey**
**Technician**
IT Technician at Tech Amelia

Accepted Answers: 166
Positive Feedback: 98.5%



**Bill Owens, MBA**
Expert

Accepted Answers: 161
Positive Feedback: 82.5%



**Chester**
**Technician**
Electronics Technician

Accepted Answers: 148
Positive Feedback: 94.6%



**Joseph L.**
**Customer Service**
Expert

Accepted Answers: 148
Positive Feedback: 95.5%



**Brian - A/V Guy**
**Engineer**
8 Years as Executive Engineer. Work with corporations for a/v and event services.

Accepted Answers: 111
Positive Feedback: 100.0%

**AH-GadgetSolutions**
**Technician**
Expert

Accepted Answers: 108
Positive Feedback: 90.4%



**SteliosL**
**Customer Service**
Electronic engineer since 1990

Accepted Answers: 98
Positive Feedback: 94.4%



**Repairman1981**
Retail
5 Years experience as a Radio Shack Employee

Accepted Answers: 96
Positive Feedback: 96.7%

**Dr. Dan**
Engineer
B.S. Electrical & Computer Engineering, 20+ years technical experience

Accepted Answers: 81
Positive Feedback: 82.1%

**Tyler McLain**

Linux System Administrator at Alku

Accepted Answers: 74
Positive Feedback: 58.3%

**Stephen FS**
Technician
Owner of a Video Repair Shop

Accepted Answers: 73
Positive Feedback: 94.4%

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

Ask A Question  |  Register  |  Login  |  Contact Us

 **Computer**

**For Online Computer Support, Ask a Computer Technician**

Ask an Expert  ›  Computer Repair Questions

## Ask a Tech Support Specialist

Tech Support Specialists are ready to answer your Computer questions on JustAnswer. Each Tech Support Specialist on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Tech Support Specialist's profile, track record, recent Computer answers, feedback received, and more. You can even direct your question to a specific Tech Support Specialist.

Or, if you'd prefer, you can even ask a Computer question to all of the verified Tech Support Specialists on our site by typing your question into the question box on this page.

### Top Tech Support Specialists Waiting to Answer Your Computer Questions

 **Viet - Computer Tech**
Computer Support Specialist
**Accepted Answers: 18831**
**Positive Feedback: 95.5%**
10+ years of Computer Support. Microsoft MCP & CompTIA A+ certifications. Windows 11 10 8 7 Vista XP & Mac.

 **Richard**
Computer Specialist
**Accepted Answers: 14769**
**Positive Feedback: 86.4%**
Over 20 years of consulting to the IT industry

 **Bryan**
Computer Support Specialist
**Accepted Answers: 11761**
**Positive Feedback: 96.9%**
12+ years of professional support for tech-related issues, including computers, email and software.

 **Cody**
Computer Support Specialist
**Accepted Answers: 10627**
**Positive Feedback: 72.9%**
Systems Engineer

 **Ren**
Computer Support Specialist
**Accepted Answers: 10481**
**Positive Feedback: 75.7%**
IT Engineer

 **Ricky**
Computer Support Specialist
**Accepted Answers: 10200**
**Positive Feedback: 86.3%**
5+ Years in IT Support

 **Jason Jones**
Computer Expert and Extraordinaire
**Accepted Answers: 9704**
**Positive Feedback: 89.6%**
Over 15 years of professional experience. Including all versions of Windows and Mac OS, printers, hardware, and software.

 **Jerry Hannell**
Computer Support Specialist
**Accepted Answers: 9548**
**Positive Feedback: 82.3%**
Experience in Windows environment. ASP, Visual Basic, Ajax

 **Dustin**
Computer Support Specialist
**Accepted Answers: 8997**
**Positive Feedback: 84.6%**
I speak PC fluently, so you dont have to! Worked in The US Army as A Network Switching Systems Operator/Controller

**James**
Sr. Computer Support Expert
**Accepted Answers: 8535**
**Positive Feedback: 94.7%**
20 years of experience building, fixing and servicing PCs and operating systems.

 **Josh**
Support Specialist
**Accepted Answers: 8228**
**Positive Feedback: 77.5%**
5 years as Network Admin, 10+ years of IT support

**Shawn**
Computer Hardware Engineer
**Accepted Answers: 8107**
**Positive Feedback: 73.9%**
Expert

---

**Ask A Tech Support Specialist**



Type Your Computer Question Here...

**Get an Answer**

 NBC.com      The New York Times

 The Washington Post      CNN.com

Learn More

 **Ask an Expert**

 **Get a Professional Answer**

 **Ask Followup Questions**

**100% Satisfaction Guarantee**

Learn More

Tweet     Share

---

**Benjie**
**Computer Hardware Engineer**
Computer and IT Support Engineer
Accepted Answers: 7678
Positive Feedback: 82.2%

**Francisco**
**Computer Hardware Engineer**
Expert
Accepted Answers: 5939
Positive Feedback: 80.6%

**Rei**
**Computer Support Specialist**
Microsoft Certified Professional
Accepted Answers: 5489
Positive Feedback: 72.2%

**David L**
**Systems Engineer**
Microsoft & Cisco Certified with over 20 years experience
Accepted Answers: 5410
Positive Feedback: 91.2%

**Sudipto**
**Computer Hardware Engineer**
Certificate Course In Computer Maintenance
Accepted Answers: 5372
Positive Feedback: 90.2%

**Rafi**
**Computer Hardware Engineer**
IT Manager
Accepted Answers: 5338
Positive Feedback: 76.3%

**De Veyra**
**IT Expert**
Full Stack Developer, Tech Support
Accepted Answers: 5244
Positive Feedback: 67.1%

**Tech-Expert**
**Computer Expert**
Technical Support Engineer
Accepted Answers: 5221
Positive Feedback: 71.8%

**James K.**
**Consultant**
Technical Director of IT Company
Accepted Answers: 5188
Positive Feedback: 87.8%

**Samuel NetEngineer**
**Computer Hardware Engineer**
Network Engineer at USAF
Accepted Answers: 4893
Positive Feedback: 80.1%

**Mr.Med**
**Computer Enthusiast**
Networks Security Engineer
Accepted Answers: 4800
Positive Feedback: 85.3%

**Tech Raksh**
**Computer Hardware Engineer**
Customer support Engineer
Accepted Answers: 4696
Positive Feedback: 67.3%

**Maria-Nina**
**Computer Support Specialist**
Tech Coach at Concentrix
Accepted Answers: 4587
Positive Feedback: 76.8%

**Nilesh**
**Computer Software Engineer**
10 years of programming experience and Microsoft technologies expert
Accepted Answers: 4574
Positive Feedback: 73.7%

**Stefan**
**Computer Support Specialist**
Expert with over 20 years of Tech Support Experience.
Accepted Answers: 4465
Positive Feedback: 71.7%

**Moses C**
**Computer Hardware Engineer**
Resolution Specialist at Wipro Bpo Services
Accepted Answers: 4425
Positive Feedback: 83.0%

**Andy Tech**
**Computer Hardware Engineer**
System Engineer at Microsoft
Accepted Answers: 4141
Positive Feedback: 79.4%

**TechExpertTZ**
Accepted Answers: 4040

**Computer Scientist**                    **Positive Feedback: 84.3%**
Masters Computer Science

---

**Expert**                                **Accepted Answers: 4018**
**Computer Hardware Engineer**            **Positive Feedback: 67.0%**
Customer support Engineer

---

**Divyansh**                              **Accepted Answers: 3849**
**Computer Support Specialist**           **Positive Feedback: 77.9%**
Computer Applications Expert

---

**Robert M.**                             **Accepted Answers: 3774**
**Consultant**                            **Positive Feedback: 88.1%**
30 yrs. in NYC computer industry working with PC and networks, banks, brokerage, legal etc.

---

**AnnaMarie**                             **Accepted Answers: 3746**
**Computer Hardware Engineer**            **Positive Feedback: 67.9%**
Expert

---

**Max**                                   **Accepted Answers: 3722**
**Computer Support Specialist**           **Positive Feedback: 82.3%**
IT Consultant, Network and System Admin - USA

---

**Kent**                                  **Accepted Answers: 3644**
**IT**                                    **Positive Feedback: 72.9%**
Developer/Programmer/Computer Technician

---

**John**                                  **Accepted Answers: 3618**
**Computer Support Specialist**           **Positive Feedback: 94.9%**
I have been in the IT industry for the past 10 years.

---

**Aaron B**                               **Accepted Answers: 3545**
**Computer Support Specialist**           **Positive Feedback: 69.5%**
Thirteen years of experience providing computer support for fortune 500 companies and
government.

---

**Robert**                                **Accepted Answers: 3515**
**Computer Systems Analyst**              **Positive Feedback: 64.9%**
Expert

---

**Joseph**                                **Accepted Answers: 3503**
**Computer Hardware Engineer**            **Positive Feedback: 73.1%**
Lead Technician

---

**Santonu**                               **Accepted Answers: 3463**
**Computer Support Specialist**           **Positive Feedback: 99.4%**
Diploma in Hardware

---

**Kamil Anwar**                           **Accepted Answers: 3403**
**Computer Support Specialist**           **Positive Feedback: 78.2%**
8+ Years of Experience. / CCNA (S), CCNA (W), CCNA (RS), MCTS, MBCs.

---

**Engineer John**                         **Accepted Answers: 3381**
**Computer Science Engineer**             **Positive Feedback: 90.3%**
Computer Science Engineer with 10 years of experience in Computer Support, and Microsoft,
A+ and Cisco certified

---

**ITCris**                                **Accepted Answers: 3345**
**Support Specialist**                    **Positive Feedback: 91.7%**
10 years of IT experience in both business and residential.

---

**Michelle**                              **Accepted Answers: 3316**
**Computer Support Specialist**           **Positive Feedback: 89.2%**
B.Sc. Computer Science with Honors

---

**Sheri**                                 **Accepted Answers: 3310**
**Computer Hardware Engineer**            **Positive Feedback: 83.8%**
Owner/Consultant at Computer Rescue, Inc.

---

**RonaldS102**                            **Accepted Answers: 3306**
                                          **Positive Feedback: 63.8%**



Expert

**Renz O.**
**Engineer**                          Accepted Answers: 3262
                                      Positive Feedback: 72.9%
Expert

**Adnan Ali**
**Computer Hardware Engineer**        Accepted Answers: 3169
                                      Positive Feedback: 54.5%
Expert

**Jeffrey B**
**Computer Hardware Engineer**        Accepted Answers: 3050
                                      Positive Feedback: 83.5%
ICT Support 1/2/3/ Line at Peopleware

Previous

  

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC



## Electrical

**Electrical Questions? Ask an Electrician Online.**

Ask an Expert › Home Improvement Questions › Electrical Questions

### Ask an Electrician

Electricians are ready to answer your Electrical questions on JustAnswer. Each Electrician on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Electrician's profile, track record, recent Electrical answers, feedback received, and more. You can even direct your question to a specific Electrician.

Or, if you'd prefer, you can even ask a Electrical question to all of the verified Electricians on our site by typing your question into the question box on this page.

### Top Electricians Waiting to Answer Your Electrical Questions


**Mike G.**
Master Electrician
Proven Professional 49 years Experience

Accepted Answers: 9751
Positive Feedback: 94.2%


**Kevin**
Licensed Electrical Contractor
36 years Licensed Electrical Contractor in Illinois, Adjunct College Electrical Instructor, Former Electrical Inspector, Diploma: Digital Electronics, FCC Amateur & Commercial Radio Licenses

Accepted Answers: 7239
Positive Feedback: 99.0%


**Jason**
Service Technician
Over 20 years of experience in all types of installations, troubleshooting, and repairs.

Accepted Answers: 4922
Positive Feedback: 99.2%


**Wire Guy Franklin**
Master Electrician
Master Electrician

Accepted Answers: 3380
Positive Feedback: 98.5%


**Sam I**
Electrician
Maintenance Electrician, Electrical Contractor, Locomotive Electrician

Accepted Answers: 2305
Positive Feedback: 99.2%


**David Bowden**
Master Electrician
Owner at Floridaco

Accepted Answers: 1876
Positive Feedback: 99.2%


**Alex**
Master Electrician
Owner of independent electrical contracting company. Licensed Electrical Contractor in CT.

Accepted Answers: 1783
Positive Feedback: 99.4%


**BradleyM1127**
Master Electrician
Master Electrician

Accepted Answers: 1510
Positive Feedback: 97.0%


**electrifier**
Master Electrician
Electrical contractor and electrical inspector for over 24 years with phone and networking expertise

Accepted Answers: 1458
Positive Feedback: 98.3%


**Mike**
Master Electrician
Licensed Master Electrician - OnQ Certified Data Voice Audio Video Installer

Accepted Answers: 1426
Positive Feedback: 99.8%

**Spark Shark**
Licensed Electrician Since 1995-Colorado
Electrical Inspector

Accepted Answers: 1142
Positive Feedback: 92.6%

**Rich**
Master Electrician
Over 35 years residential, commercial, industrial wiring, install, troubleshoot, service, maintain

Accepted Answers: 1117
Positive Feedback: 98.6%

### Ask an Electrician

Type Your Electrical Question Here...

**Get an Answer**







Learn More

🛈 **Ask an Expert**
👤 **Get a Professional Answer**
❓ **Ask Followup Questions**
😊 **100% Satisfaction Guarantee**

Learn More

Tweet    Share

| George Smith | Accepted Answers: 1050 |
|---|---|
| Master Electrician | Positive Feedback: 96.8% |
| Superintendent at Electrical Solutions and Data | |

| Paul | Accepted Answers: 748 |
|---|---|
| Electrician | Positive Feedback: 99.3% |
| 23 yrs as an electrician, self employed contractor, municipal inspector | |

| Franklyn | Accepted Answers: 710 |
|---|---|
| Journeyman | Positive Feedback: 96.6% |
| Expert | |

| Rick | Accepted Answers: 478 |
|---|---|
| Master Electrician | Positive Feedback: 98.0% |
| 10 yrs as a electrician. Have my own company. | |

| Phil | Accepted Answers: 413 |
|---|---|
| Mechanical Engineer | Positive Feedback: 95.4% |
| Retired electrical contractor, 51 years experience. | |

| Chris Parson | Accepted Answers: 396 |
|---|---|
| | Positive Feedback: 65.8% |
| Electrician at L.E. Myers | |

| mrromex | Accepted Answers: 281 |
|---|---|
| Electrical Technician | Positive Feedback: 96.9% |
| over 40 years of all phases related to residential wiring and remodeling | |

| JasonS112 | Accepted Answers: 266 |
|---|---|
| | Positive Feedback: 95.4% |
| Expert | |

| Austin | Accepted Answers: 247 |
|---|---|
| Electrician | Positive Feedback: 97.3% |
| Technician | |

| machinc | Accepted Answers: 215 |
|---|---|
| Electrical Technician | Positive Feedback: 88.0% |
| AC/DCElectricity / Relay and apparatus/circuit reading/ 30 yrs Bell South | |

| Joseph | Accepted Answers: 198 |
|---|---|
| Certified Electrical Contractor | Positive Feedback: 96.1% |
| Expert | |

| Herlihy, Tim | Accepted Answers: 185 |
|---|---|
| | Positive Feedback: 92.7% |
| Expert | |

| John Electrical | Accepted Answers: 152 |
|---|---|
| | Positive Feedback: 80.2% |
| Expert | |

| MarkB1247 | Accepted Answers: 139 |
|---|---|
| Service Technician | Positive Feedback: 83.2% |
| Tech School Certificate, Maintenance Technician, HVAC Technician,Expert | |

| TAKPOWER | Accepted Answers: 131 |
|---|---|
| Licensed Electrician | Positive Feedback: 100.0% |
| 14 years of residential electrical experience | |

| Keith S | Accepted Answers: 131 |
|---|---|
| Master Electrician | Positive Feedback: 93.6% |
| Expert | |

| Anthony B M.E | Accepted Answers: 115 |
|---|---|
| | Positive Feedback: 92.1% |
| Expert | |

| D. G. Hagemeier | Accepted Answers: 102 |
|---|---|
| Journeyman | Positive Feedback: 92.0% |

Expert

| **T.Hawkins** | Accepted Answers: 82 |
| | Positive Feedback: 75.6% |

Expert

| **HotWired** | Accepted Answers: 79 |
| Master Electrician | Positive Feedback: 96.8% |

30 years of wiring, from Air Force power plants to basement remodels and anything in-between.

| **Josh PM** | Accepted Answers: 79 |
| | Positive Feedback: 97.3% |

Expert

| **J LaGrutta** | Accepted Answers: 65 |
| | Positive Feedback: 93.8% |

Electrical Foreman at LKM LTD

| **Richieraz** | Accepted Answers: 59 |
| Service Electrican | Positive Feedback: 92.3% |

26 years experience in commercial, industrial & residential

| **Hotwire2012** | Accepted Answers: 59 |
| Service Technician | Positive Feedback: 97.3% |

Residential, Farm, & Commercial installation and service!

| **GabrielD49** | Accepted Answers: 56 |
| | Positive Feedback: 81.4% |

Expert

| **jasoncollette** | Accepted Answers: 55 |
| Electrician | Positive Feedback: 95.8% |

20 plus years with wiring, troubleshooting and repairing residential homes and commercial properties. I'm sure I can help.

| **Don_Sparky** | Accepted Answers: 50 |
| Electrician | Positive Feedback: 91.2% |

State licensed Master Electrician for 30+ years

| **Johnny** | Accepted Answers: 45 |
| | Positive Feedback: 79.5% |

Expert

| **Thomas S.** | Accepted Answers: 43 |
| Master Electrician | Positive Feedback: 84.8% |

Expert

| **WilliamSSelectrical** | Accepted Answers: 43 |
| Electrician | Positive Feedback: 100.0% |

Expert

| **Paul Getchell** | Accepted Answers: 38 |
| Electrician | Positive Feedback: 94.4% |

Expert

| **MNightTech** | Accepted Answers: 36 |
| General Contractor | Positive Feedback: 100.0% |

Plumbing and Remodeling Company Owner

| **Todd F.** | Accepted Answers: 36 |
| | Positive Feedback: 91.2% |

Expert

| **ShaneW124** | Accepted Answers: 34 |
| | Positive Feedback: 93.3% |

Expert

| **KeithM** | Accepted Answers: 32 |
| Master Electrician | Positive Feedback: 85.3% |

Expert



**DIYDoctor**
**Master Electrician**

Electrician, Appliance/Electronics Tech

Accepted Answers: 30
Positive Feedback: 100.0%

**Robert Ketter**
**Contractor, Handyman**

Licensed Contractor since 2005

Accepted Answers: 30
Positive Feedback: 90.0%

**MALeacoma**

Expert

Accepted Answers: 30
Positive Feedback: 82.8%



BBB ACCREDITED BUSINESS  Rating A+  Norton SECURED  DMCA PROTECTED

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC



**Home Improvement**

| Ask A Question | Register | Login | Contact Us |

**Home improvement questions? Ask a handyman for answers**

Ask an Expert  ›  Home Improvement Questions

## Ask a Home Improvement Expert

Home Improvement Experts are ready to answer your Home Improvement questions on JustAnswer. Each Home Improvement Expert on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Home Improvement Expert's profile, track record, recent Home Improvement answers, feedback received, and more. You can even direct your question to a specific Home Improvement Expert.

Or, if you'd prefer, you can even ask a Home Improvement question to all of the verified Home Improvement Experts on our site by typing your question into the question box on this page.

### Ask A Home Improvement Expert

Type Your Home Improvement Question Here...

**Get an Answer**





Learn More

 Ask an Expert

Get a Professional Answer

Ask Followup Questions

100% Satisfaction Guarantee

Learn More

Tweet    Share

### Top Home Improvement Experts Waiting to Answer Your Home Improvement Questions


**Rick**
General Contractor
Licensed construction supervisor with 50+ yrs. experience.
Accepted Answers: 9782
Positive Feedback: 98.5%


**David Bowden**
General Contractor
Owner at Floridaoc
Accepted Answers: 3610
Positive Feedback: 99.7%


**Brian**
Architect
Licensed Architect- 17 years, L.E.E.D. AP
Accepted Answers: 2153
Positive Feedback: 97.4%

**Patrick**
Construction Project Manager
30 years commercial construction and 23 years house remodeling projects
Accepted Answers: 2140
Positive Feedback: 95.7%


**The Home Smithy**
Home Builder
#1 Home Improvement Expert 30+ years experience
Accepted Answers: 2085
Positive Feedback: 96.9%


**eddie22Island**
Home Improvement Contractor
owner at self-employed business
Accepted Answers: 1846
Positive Feedback: 93.7%


**canuck the pro**
Handyman
i have extensive experience in the home improvement industry.
Accepted Answers: 1142
Positive Feedback: 91.6%


**Machinc**
General Contractor
Has written home improvement articles since 2008. Earned South Carolina Residential Builders License in 1991.
Accepted Answers: 973
Positive Feedback: 92.5%

**Phil**
Mechanical Engineer
Retired contractor, 51 years experience
Accepted Answers: 959
Positive Feedback: 97.6%

**Martin**
Construction Worker
Builder, timber-lumber processing
Accepted Answers: 816
Positive Feedback: 96.2%

**Charles**
Engineering Contractor
20+ years in most phases of construction
Accepted Answers: 780
Positive Feedback: 99.0%

**ChadT124**
Handyman
Expert
Accepted Answers: 758
Positive Feedback: 92.4%

| | |
|---|---|
| **ScottyT1119**<br>Civil Engineer | Accepted Answers: 686<br>Positive Feedback: 86.4% |
| Employed as a project engineer in the construction industry. Certified General Contractor in FL. I do repairs on homes, swimming pools, recreational vehicles & PC Computers when I am off of work. | |
| **Rich**<br>Home Improvement Enthusiast | Accepted Answers: 674<br>Positive Feedback: 99.1% |
| Over 35 years construction and home maintenance experience | |
| **urelectrician**<br>Contractor | Accepted Answers: 638<br>Positive Feedback: 99.6% |
| Certified Construction Manager & Licensed Electrician | |
| **BenbH**<br>Expert | Accepted Answers: 612<br>Positive Feedback: 87.4% |
| | |
| **WCohn**<br>Construction Worker | Accepted Answers: 596<br>Positive Feedback: 96.3% |
| Been in contruction 18+years | |
| **Dovetail Greene**<br>General Contractor | Accepted Answers: 570<br>Positive Feedback: 98.9% |
| Licensed Building Contractor & Certified Building Designer | |
| **Home Guru**<br>Handyman | Accepted Answers: 515<br>Positive Feedback: 94.7% |
| Owner | |
| **Home Improvement Jay**<br>General Contractor | Accepted Answers: 512<br>Positive Feedback: 96.4% |
| Construction, mold remediator and pest control | |
| **Austin**<br>Construction Worker | Accepted Answers: 461<br>Positive Feedback: 98.6% |
| Technician | |
| **Steve M.**<br>Handyman, Home Improvement & General Repairs | Accepted Answers: 422<br>Positive Feedback: 99.4% |
| Years in Home Improvement, Maintenance and General Repairs | |
| **RPK**<br>Building Inspector | Accepted Answers: 387<br>Positive Feedback: 91.5% |
| Certified as a Connecticut Building Official | |
| **Dr. Fix-It**<br>Handyman | Accepted Answers: 371<br>Positive Feedback: 96.3% |
| Work on all parts of home construction & maintenance | |
| **Jerry**<br>hearth products | Accepted Answers: 337<br>Positive Feedback: 98.1% |
| owned and operated stove retail and service 12 yrs | |
| **MNightTech**<br>General Contractor | Accepted Answers: 335<br>Positive Feedback: 98.1% |
| Plumbing and Remodeling Company Owner | |
| **Susan Latta** | Accepted Answers: 328<br>Positive Feedback: 92.8% |
| Customer Service Associate at Lowe's Home Improvement | |
| **Jason**<br>Electrician | Accepted Answers: 320<br>Positive Feedback: 98.8% |
| I do all of the remodeling projects on my own home. Experienced in all facets of Home Improvement. | |
| **Mark M**<br>Handyman | Accepted Answers: 310<br>Positive Feedback: 97.6% |
| Maintenance Supervisor | |

**Josh PM**

Expert

Accepted Answers: 272
Positive Feedback: 95.4%

**Jacob Max**
Construction Worker

Expert

Accepted Answers: 264
Positive Feedback: 90.6%

**JeffG122**

Expert

Accepted Answers: 263
Positive Feedback: 97.7%

**EricN910**

Expert

Accepted Answers: 236
Positive Feedback: 83.4%

**Kyle Pannkuk**

Expert

Accepted Answers: 232
Positive Feedback: 84.7%

**SeanT1117**

Expert

Accepted Answers: 231
Positive Feedback: 91.7%

**BobqR**

Expert

Accepted Answers: 227
Positive Feedback: 95.5%

**Daniel**
Electrical Engineer

Expert in electrical & mechanical design, troubleshooting, and problem solving

Accepted Answers: 221
Positive Feedback: 98.2%

**David L.**
Handyman

22 Years experience. Have taught nearly every project to homeowners in the past as well as having done them myself.

Accepted Answers: 216
Positive Feedback: 99.2%

**Shawn-HomePro**
Home Improvement & Handyman Professional

Helping homeowners with maintenance, repairs and improvements for over 30 years.

Accepted Answers: 200
Positive Feedback: 98.5%

**Tamar D.**
Master Tradesman

HVAC/Refrigeration & Appliance Tech

Accepted Answers: 185
Positive Feedback: 95.1%

**Tim G**
General Contractor

Expert

Accepted Answers: 184
Positive Feedback: 89.1%

**Theplumber717**
Plumber, HVAC Tech

Lic Plumbing contractor,HVAC, All aspects construction 28 yrs exp

Accepted Answers: 180
Positive Feedback: 96.1%

**AlbertS124**

Expert

Accepted Answers: 167
Positive Feedback: 94.0%

**ApplianceTech**
Home Improvement Enthusiast

35+year experience in business

Accepted Answers: 145
Positive Feedback: 94.2%

**NCCPrime**

President at NCC Prime Construction Inc.

Accepted Answers: 129
Positive Feedback: 94.3%

**AdrianS113**

Expert

Accepted Answers: 126
Positive Feedback: 98.4%



**Clark, Jeff**
Expert

Accepted Answers: 118
Positive Feedback: **84.7%**

**Andrew**
Home Appliance Technician
Expert

Accepted Answers: 118
Positive Feedback: **96.3%**

**Christopher Coleman**
Building Inspector
Owner at Big River Service Center

Accepted Answers: 112
Positive Feedback: **99.0%**

**Thom Bouis**
Expert

Accepted Answers: 111
Positive Feedback: **87.0%**

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC

 **Tax**

**Have a tax question? Ask a tax Expert**

Ask an Expert  ›  Tax Questions

## Ask a Tax Professional

Tax Professionals are ready to answer your Tax questions on JustAnswer. Each Tax Professional on JustAnswer has passed a rigorous application and credential-verification process. Check out their profiles to view the Tax Professional's profile, track record, recent Tax answers, feedback received, and more. You can even direct your question to a specific Tax Professional.

Or, if you'd prefer, you can even ask a Tax question to all of the verified Tax Professionals on our site by typing your question into the question box on this page.

### Top Tax Professionals Waiting to Answer Your Tax Questions

 **Lev**
Tax Advisor
Taxes, Immigration, Labor Relations
Accepted Answers: 45747
Positive Feedback: 96.1%

 **Barbara**
Enrolled Agent
20+ years of experience in tax preparation; 30+ years of experience as a real estate/corporate paralegal.
Accepted Answers: 26048
Positive Feedback: 97.5%

 **Robin D.**
Senior Tax Advisor 4
15years with H & R Block. Divisional leader, Instructor
Accepted Answers: 24940
Positive Feedback: 95.5%

 **Rick**
Certified Public Accountant (CPA)
Rick M., CPA
Accepted Answers: 23608
Positive Feedback: 87.3%

**Lane**
JD, CFP, MBA, CRPS
Law Degree, specialization in Tax and Corporate Law, CFP and MBA, Providing Financial & Tax advice since 1986
Accepted Answers: 19297
Positive Feedback: 97.9%

 **Megan C**
Certified Public Accountant (CPA)
Licensed CPA, CFE, CMA, CGMA who teaches accounting courses at Master's Level
Accepted Answers: 8667
Positive Feedback: 98.9%

 **emc011075**
Tax adviser
IRS licensed Enrolled Agent and tax instructor
Accepted Answers: 8181
Positive Feedback: 97.5%

 **Tax.appeal.168**
Tax Accountant
3+ decades of varied tax industry exp. Tax Biz owner
Accepted Answers: 7723
Positive Feedback: 94.1%

**Carter McBride**
Certified Public Accountant (CPA)
Adjunct Professor
Accepted Answers: 7464
Positive Feedback: 97.9%

**Yaw, CPA**
Certified Public Accountant (CPA)
Expert
Accepted Answers: 7302
Positive Feedback: 80.1%

**ALEX O**
Founding Partner at O&G Tax and Accounting Services, LLC
Accepted Answers: 7116
Positive Feedback: 79.5%

**Richard**
Tax Attorney
29 years of experience as a tax, real estate, and business attorney.
Accepted Answers: 6083
Positive Feedback: 99.4%

### Ask A Tax Professional

Type Your Tax Question Here...

**Get an Answer**



   

   

   Learn More

 Ask an Expert
Get a Professional Answer
Ask Followup Questions
100% Satisfaction Guarantee
Learn More

Tweet        Share

**PDtax**
**Certified Public Accountant (CPA)**
Accepted Answers: 4575
Positive Feedback: 95.2%

40 years tax experience, including four years at a Big 4 firm.

**Chad EA, CDFA®, CFP®**
**CERTIFIED FINANCIAL PLANNER ®, Professional**
Accepted Answers: 3201
Positive Feedback: 97.6%

IRS Licensed Enrolled Agent, CDFA ® CFP ®, MBA

**Jon Andrews**
**Certified Public Accountant (CPA)**
Accepted Answers: 2926
Positive Feedback: 99.6%

I deal with all levels of tax planning and controversy - from the ordinary to the complex.

**Mark Taylor**
**Certified Public Accountant (CPA)**
Accepted Answers: 2916
Positive Feedback: 96.7%

Certified Public Accountant

**jgordosea**
**Enrolled Agent**
Accepted Answers: 2885
Positive Feedback: 99.2%

I've prepared all types of taxes since 1987.

**James Daloisio**
Accepted Answers: 2772
Positive Feedback: 94.6%

Deputy District Attorney at Santa Barbara County District Attorney

**CGCPA**
**CPA**
Accepted Answers: 2613
Positive Feedback: 98.7%

over 40 years experience in tax matters

**Anne**
**Master Tax Preparer**
Accepted Answers: 2601
Positive Feedback: 96.1%

Enrolled Agent with more than 30 Years Experience specializing Individual and Small
Businesses

**Bill**
**Enrolled Agent**
Accepted Answers: 2467
Positive Feedback: 99.5%

EA, CEBS - 35 years experience providing financial advice

**R. Klein, EA**
**Enrolled Agent**
Accepted Answers: 2324
Positive Feedback: 95.7%

Over 20 Years experience

**NelsonProTax**
**Enrolled Agent**
Accepted Answers: 2286
Positive Feedback: 93.4%

Tax Expert

**taxmanrog**
**Certified Public Accountant (CPA)**
Accepted Answers: 2203
Positive Feedback: 98.9%

Licensed CPA, MA, MST with 31 years' experience. Teach Accounting and Tax courses at
Masters level.

**DK_CPA**
**Certified Public Accountant (CPA)**
Accepted Answers: 2184
Positive Feedback: 99.0%

Accountant

**Christopher B, Esq.**
**Tax Attorney**
Accepted Answers: 1916
Positive Feedback: 80.0%

Litigation Attorney with education focus on estate planning and tax

**Rama-CPA**
**Certified Public Accountant (CPA)**
Accepted Answers: 1896
Positive Feedback: 92.7%

Expert

**Marvin,EA**
**Enrolled Agent**
Accepted Answers: 1663
Positive Feedback: 97.7%

Enrolled to Represent Taxpayers Before The IRS

**Moira C., CPA**
**Certified Public Accountant (CPA)**
Accepted Answers: 1473
Positive Feedback: 91.2%

Expert

**Arthur Rubin**
**Tax Preparer**
Accepted Answers: 1425
Positive Feedback: 95.6%

22 years of tax preparation experience, including individual, trust, and estate returns.

| **Roxanne625** | Accepted Answers: 1420 |
| Certified Public Accountant (CPA) | Positive Feedback: 90.2% |

Expert

| **Jax Tax** | Accepted Answers: 1394 |
| Tax Attorney | Positive Feedback: 97.3% |

JD, LL.M in Business and Taxation, IRS Enrolled Agent. Expert in Business and Tax Transactions

| **Mark D** | Accepted Answers: 1338 |
| Enrolled Agent | Positive Feedback: 99.6% |

MBA, EA, Specializing in Business and Individual Tax Returns and Issues

| **Sandi Hargrove, SkyHawks** | Accepted Answers: 1254 |
| Master Tax Advisor, Enrolled Agent | Positive Feedback: 98.8% |

I am a Master Tax Advisor and Enrolled Agent. I have 40 years experience. Trucking specialist.

| **Mark Anderson** | Accepted Answers: 1078 |
| Tax Attorney | Positive Feedback: 78.5% |

Tax attorney and accountant

| **USTaxAdvising** | Accepted Answers: 969 |
| CPA | Positive Feedback: 98.3% |

US Taxation specialist.

| **Alexander Efros** | Accepted Answers: 963 |
| Certified Public Accountant (CPA) | Positive Feedback: 99.8% |

Financial Planner/Tax Specialist at Efros Financial (www.efrosfinancial.com)

| **RodneyT629** | Accepted Answers: 962 |
| | Positive Feedback: 93.7% |

Expert

| **JKCPA** | Accepted Answers: 952 |
| CPA | Positive Feedback: 99.7% |

CPA with tax experience.

| **Fred Rook** | Accepted Answers: 896 |
| Certified Public Accountant (CPA) | Positive Feedback: 97.0% |

20+ years as a Certified Public Accountant, including 19 years working in public accounting firms with extensive tax, audit, write-up and consulting experience.

| **PhillipsEsq.** | Accepted Answers: 878 |
| Attorney-at-Law | Positive Feedback: 93.8% |

B.A., M.B.A, J.D.

| **Loren** | Accepted Answers: 834 |
| Attorney | Positive Feedback: 93.7% |

Over 25 years practicing law

| **VictorDro-ijezvcuwg3** | Accepted Answers: 808 |
| | Positive Feedback: 80.1% |

Expert

| **BK-CPA** | Accepted Answers: 800 |
| Certified Public Accountant (CPA) | Positive Feedback: 98.2% |

Owner of a CPA firm

| **Mr. Tax** | Accepted Answers: 782 |
| Certified Public Accountant (CPA) | Positive Feedback: 95.3% |

CPA

| **Gerald, Esq** | Accepted Answers: 727 |
| Attorney | Positive Feedback: 98.9% |

Over 30 years of experience.



**Charles Markham**
**EA, MST, USTCP**
IRS Enrolled Agent, US Tax Court Practitioner

Accepted Answers: 718
Positive Feedback: 97.4%

---

**DanielleCPA**
**Certified Public Accountant (CPA)**
Years of Experience in Business & Personal Taxes

Accepted Answers: 656
Positive Feedback: 98.7%

---

**Kevin E., CPA**
**Certified Public Accountant (CPA)**
Expert

Accepted Answers: 616
Positive Feedback: 92.2%

---

**Wallstreet Esq.**
**Tax Attorney**
10 years experience

Accepted Answers: 586
Positive Feedback: 99.0%

---

Previous

   

Contact Us | Terms of Service | Privacy & Security | About Us | Sitemap
© 2003-2023 JustAnswer LLC